*District Court of Springfield*
#152404

**GERALD VAN KEUREN p. p. a.**

v.

**OKUN FURNITURE COMPANY**

Argued: Dec. 7    Decided: Dec. 10, 1966

*Present:* Garvey, P.J., Moore, and Allen, J.J.

Case tried to *Sloan, J.* in the District Court of Springfield  #152404

GARVEY, P.J. The plaintiff, a minor, in this action of contract seeks to recover from the defendant seller payments he made on the purchase price of articles of furniture. The furniture consisted of a two piece sofa bed set; a chair recliner; two step tables and a cocktail table. After a trial there was a finding for the plaintiff and the defendant claimed a report.

The trial judge made the following findings of fact: "I find that the plaintiff when a minor and engaged to be married, paid $235.00 to the defendant in partial payment of a living room set of furniture. Upon the engagement being broken three weeks later, the plaintiff disaffirmed the contract. I find he disaffirmed the contract within a reasonable time and that it was not a contract for necessaries." There was no error, and there is no need of discussing the judge's actions on the defendant's requests for rulings of law." *Cadigan* v. *Strand Garage, Inc.*, 351 Mass. 703.

The report is to be dismissed.

ROBERT D. MORAN of Springfield,
    for the plaintiff
LOUIS KERLINSKY of Springfield,
    for the defendant